IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JASON SPEARS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-5749 |
| | : | |
| PASQUALE LEPORACE, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 21st day of February, 2011, upon consideration of the defendants' motion for summary judgment (Doc. No. 22) and the plaintiff's response thereto (Doc. No. 25), IT IS HEREBY ORDERED that the motion is **GRANTED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.